UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | 5:25-cv-00328-MEMF-SPx | Date | August 28, 2025 |
|---|---|---|---|
| Title | Karnette Lindsey v. Knight Transportation, Inc. et al. | Page | 1 of 1 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jacqueline Treu | John D. Ellis |

**Proceedings: DEFENDANT'S MOTION TO DISMISS [12] AND PLAINTIFF'S MOTION TO REMAND [13]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**